UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. ACORD, | 1:05-cv-00239-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| vs. | **ORDER DISMISSING ACTION** |
| McCLAIN, VETTO, BALL, et al., | |
| Defendants. / | |

Plaintiff, Richard C. Acord ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 9, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On June 3, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed May 9, 2005,

8 are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED in its entirety as plaintiff

10 has failed to state a claim for relief under section 1983, and

11 has failed to exhaust his administrative remedies, which are not

12 capable of being cured by amendment.

13    IT IS SO ORDERED.

14 **Dated:  July 15, 2005**          **/s/ Robert E. Coyle**
   668554                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2